Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| EURO SME SDN BHD, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Court No. 22-00108 <br> ) |
| UNITED STATES, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### SUMMONS

TO:    The Attorney General and the
United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/S/ Mario Toscano
Clerk of the Court

1. Plaintiff is Euro SME Sdn Bhd ("Plaintiff"). Plaintiff's exports were the subject of the U.S. Department of Commerce's antidumping duty administrative review, the final results of which were published as <u>Polyethylene Retail Carrier Bags From Malaysia: Final Results of the Antidumping Duty Administrative Review; 2019–2020,</u> 87 Fed. Reg. 12,933 (Dep't Commerce Mar. 8, 2022), and the accompanying Issues and Decision Memorandum (collectively, "<u>Final Results</u>"). Therefore, Plaintiff is an interested party as described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A), and participated in the above-referenced proceeding. Plaintiff accordingly has standing to bring this action under 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii), (d).
(Name and standing of plaintiff)

2. Plaintiff contests the final results in the antidumping duty administrative review in ITA case number A-557-813, <u>Polyethylene Retail Carrier Bags From Malaysia</u>, 87 Fed. Reg. 12,933 (Dep't Commerce Mar. 8, 2022).
(Brief description of the contested determination)

3. The final results of the contested determination were issued by the U.S. Department of Commerce on March 8, 2022.
   (Date of determination)

4. March 8, 2022
   (If applicable, date of publication in Federal Register of notice of contested determination)

                                                Respectfully submitted,

                                                /S/ Kelly A. Slater
                                                Edmund W. Sim, Esq.
                                                Kelly A. Slater, Esq.
                                                Jay Y. Nee, Esq.
                                                APPLETON LUFF PTE LTD
                                                1025 Connecticut Avenue, NW
                                                Suite 1000
                                                Washington, DC 20036
                                                (301) 649-2149

                                                Counsel to Plaintiff Euro SME Sdn Bhd

Dated: April 7, 2022