ERRATA

*Euro SME Sdn Bhd v. United States*, Case No. 22-00108, Slip-Op. 24-16, dated February 12, 2024.

Page 35:    In line 9, change "field" to "filed" in the sentence "However, even if Euro SME had timely…"

February 14, 2024